IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH ALLEN DEATON                                                        PETITIONER

vs.                    Civil Case No. 5:08CV00221 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's arguments that the petition should be dismissed because it is untimely, some of the claims are not cognizable under 28 U.S.C. § 2254 and some of the claims are procedurally barred.  Petitioner may reply to any other argument raised in the Response.

SO ORDERED this 26th day of January, 2009.

_____
United States Magistrate Judge