# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEITH ALLEN DEATON**                                                                 **PETITIONER**

**vs.**                      **Civil Case No. 5:08CV00221 HLJ**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                        **RESPONDENT**

## **JUDGMENT**

Consistent with the order entered today this petition is dismissed with prejudice. The relief sought is denied.

IT IS SO ORDERED this 7th day of June, 2010

                                                                     UNITED STATES DISTRICT JUDGE