**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KEITH ALLEN DEATON**                                                                                          **PETITIONER**

v.                               **CASE NO. 5:08CV00221 BSM**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                                      **RESPONDENT**

## ORDER

Named defendant Larry Norris retired from his position as director of the Arkansas Department of Correction in January 2010. Ray Hobbs has succeeded him in that post. Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of Court is directed to substitute Hobbs for Norris in this case.

IT IS SO ORDERED this 2nd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE