**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KEITH ALLEN DEATON**                                                          **PETITIONER**

v.                               **CASE NO. 5:08CV00221 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## ORDER

The clerk's office is hereby directed to refrain from docketing any future *pro se* pleadings from petitioner Keith Allen Deaton without prior approval. Deaton is represented by Dana Reece and all future filings must bear her signature according to Local Rule 5.5(c).

IT IS SO ORDERED this 5th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE